# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 364 MAL 2015

          Respondent               :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

          v.                      :

                                       :

                                       :

JASON P. KEMFORT,                 :

                                       :

          Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.